UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES REID**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                         CASE NO. 3:22-cv-1147-HLA-PDB

**AR RESOURCES, INC.**,

    Defendant.
_____/

### O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Dkt. 13). Pursuant thereto, it is

**ORDERED** that this action is **DISMISSED with prejudice** as to the claims of Plaintiff, James Reid, individually and **without prejudice** as to the claims of any unnamed member of the alleged class. The Clerk is directed to close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of April 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record